| DIST. | OFF. | DOCKET YR. | NUMBER | FILING DATE MO DAY YEAR | J | N/S | O | D PTF DEF | R 23 | $ DEMAND Nearest $1,000 | JUDGE/ MAG. NO. | COUNTY | JURY DEM. | DOCKET YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 3 | 85 | 0778 | 07-01-85 | 2 | 110 | 1 | | | 23 | 2509 M 25AB | 54059 | * | 85  0778 |

**PLAINTIFFS**

GOFF, THELMA M.

**DEFENDANTS**

GIUFFRIDA, LOUIS O., Director, Federal Emergency Management Agency, and BRAGG, JEFFREY S., Federal Insurance Administrator

PRETRIAL (Staker): 07-11-86

**CAUSE**

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)    DCM

42 USC 4072. Action to recover the amount due the plaintiff as a result of an insurance loss.

**ATTORNEYS**

Benjamin F. Yancey, Jr.
4406 Malden Drive
Charleston, WV    25306
925-4290

Victor A. Barone
Post Office Drawer 833
Charleston, WV

United States Attorney

H. JOSEPH FLYNN
Assistant General Counsel
Federal Emergency Management Agency
500 C Street, S.W.
Washington, D.C.    20472
Tel. (202) 646-4102

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | 07-02-85 | $60.00    12394 | #980888(45)07-05-85 | JS-5 | 07-31-85 |
| | Action filed 07-01-85 in Chstn. | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET    DC-111 (Rev. 9/81)

| DATE | NR. | PROCEEDINGS | |
|---|---|---|---|
| 07-01-85 | 1 | COMPLAINT, filed. Original and 9 copies of Summons, issued from Charleston Clerk's Office. Ret. 60 days. Summons & Complaint returned to counsel for service. | DCM |
| 08-05-85 | 2 | ANSWER of Defts., to the Complaint. | SKM |
| 08-12-85 | 3 | TIME-FRAME ORDER (2509): Joinder/Amendments effected by 01-20-86; discovery served and completed by 01-20-86; motions filed contemporaneously by 01-27-86; p/t Order integrated and entered by 06-27-86; p/t conf. 07-11-86, 11:30 a.m.; final settlement conf. 07-21-86; trial 07-22-86. (cc: counsel) | LLC |
| 08-23-85 | 4 | RETURN OF SERVICE on Summons & Complaint served by mail. Return receipt card signed by Betty M. Savage for Edwin Meese, III, Atty. Gen. on 07-08-85, and J. V. Fernandz for Louis O. Giuffrida, Director FEMA on 07-08-85. | SKM |
| 10-24-85 | 5 | INTERROGATORIES, FIRST SET, of Pltf. | SKM |
| 10-24-85 | 6 | FIRST REQUEST of Pltf. for Production of Documents. | SKM |
| 02-20-86 | 7 | MOTION of Pltf. for Extension of Discovery and Motion Deadlines. | SKM |
| 02-20-86 | 8 | CERTIFICATE OF SERVICE of Deft's Response to Pltf's First Request for Production of Documents. | LLC |
| 02-20-86 | 9 | CERTIFICATE OF SERVICE of Deft's Answers to Pltf's First Set of Interrogatories. | LLC |
| 02-26-86 | 10 | RESPONSE of deft., Federal Emergency Management Agency, to pltf's Motion for Extension of Discovery and Motion Deadlines. | LLC |
| 03-11-86 | 11 | ORDER (2509): discovery shall be completed by 04-20-86 and all dispositive motions by 04-27-86; Victor A. Barone added as co-counsel for pltf. (cc: counsel) | LLC |
| 07-14-86 | 12 | PRETRIAL ORDER (Integrated) (2509). | DCM |
| 08-07-86 | 13 | ORDER (2509): Upon motion of the parties, this action dismissed, as settled and compromised; each party to bear own court costs. (cc: counsel) | DCM |
| 08-07-86 | -- | JS 6. CASE CLOSED. | DCM |